UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Harold Adamo, Jr.,

                      Debtor.

------------------------------------------------------------x
Rocco and Josephine Marini,

                      Plaintiffs.

   against

Harold Adamo, Jr.,

                      Defendant.

------------------------------------------------------------x

Case No.:14-73640-las

Chapter 7

Adv. Pro. No.:15-8008-las

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that for the reasons stated in the Court's Memorandum Opinion and Order dated October 31, 2016 [Adv. Dkt. No. 52], summary judgment for plaintiffs on the First Claim For Relief in the Complaint is granted.  Plaintiffs' judgment against defendant entered by the United States District Court for the Eastern District of New York in *Rocco Marini, et al. v. Harold Adamo, et al.*, No.: 2:08-cv-03995 is determined to be nondischargeable under 11 U.S.C. § 523(a)(2)(A).



**Dated: October 31, 2016**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**